UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARON JOHNSON | CIVIL ACTION |
| VERSUS | NO: 10-1771 |
| JAMES M. LEBLANC, ET AL. | SECTION: R(5) |

**ORDER**

The Court, finding that as of this date no party has filed any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and adopts it as its opinion. The Court also finds that plaintiff did not amend his complaint to set forth a particularized claim or claims against the defendants within 20 days of the issuance of the Report.

Accordingly,

Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 3rd day of September, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE